IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------- X
                                      :
AIR & LIQUID SYSTEMS CORPORATION,     :
et al.,                               :
                                      :
              Plaintiffs,             :      Civil Action No.: 12-1427
                                      :
      -against-                       :
                                      :      The Honorable Joy Flowers Conti
UTICA MUTUAL INSURANCE COMPANY,       :
et al.,                               :
                                      :
              Defendants.             :
                                      :
                                      :
------------------------------------- X
```

## [~~PROPOSED~~] ORDER OF COURT

AND NOW, to-wit, this 9th day of October, 2012, it is hereby ORDERED, ADJUDGED AND DECREED that Defendants' Motion to File Under Seal is GRANTED. Defendants are hereby granted leave to file:

1) Briefs in opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction with the Court under seal;

2) September 28, 2012 Run-Off Reinsurance Agreement, September 28, 2012 Administrative Services Agreement, and 2003 Defense and Indemnity Agreement under seal;

3) Resolute Management, Inc.'s October 8, 2012 Declaration under seal; and

4) Redacted versions of Defendants' briefs publicly.

BY THE COURT:

/s/ Joy Flowers Conti