IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------- X
                                       :
                                       :
AIR & LIQUID SYSTEMS CORPORATION,      :
*et al.*,                              :
                                       :
             Plaintiffs,               :    Civil Action No.: 12-1427
                                       :
        -against-                      :    The Honorable Joy Flowers Conti
                                       :
UTICA MUTUAL INSURANCE COMPANY,        :    ELECTRONICALLY FILED
*et al.*,                              :
                                       :
             Defendants.               :
                                       :
------------------------------------- X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Air & Liquid Systems Corporation and Ampco-Pittsburgh Corporation and Defendants Utica Mutual Insurance Company, National Indemnity Company, and Resolute Management Inc., by their counsel, hereby stipulate to the dismissal of this Action with prejudice and with each party bearing its own costs and fees.

| | |
|---|---|
| ROBB LEONARD MULVIHILL | BURNS WHITE, LLC |
| By: | By: |
|   /s/ Mark A. Martini<br>Mark A. Martini<br>PA Bar No.: 91001<br>BNY Mellon Center<br>500 Grant Street, 23rd floor<br>Pittsburgh, PA 15219<br>Telephone:  (412) 281-5431<br>Facsimile:  (412) 281-3711 |   /s/ John B. Cromer<br>John B. Cromer<br>Four Northshore Center<br>106 Isabella Street<br>Pittsburgh, PA 15212<br>Telephone: (412) 995-3134<br>Facsimile: (412) 995-3300 |
| *Counsel for Defendants National Indemnity Company and Resolute Management Inc.* | *Counsel for Defendant Utica Mutual Insurance Company* |

K&L GATES LLP

By:

  /s/ Thomas E. Birsic
Thomas E. Birsic
J. Nicholas Ranjan
David F. McGonigle
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone:  (412) 355-6500
Facsimile:  (412) 355-6501

*Counsel for Plaintiffs Air & Liquid Systems Corporation and Ampco-Pittsburgh Corporation*